O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRESHA M. CROFORD; DeVONNA TROOPE,<br><br>     Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA; CAL-WESTERN RECONVEYANCE CORP.,<br><br>     Defendants. | Case No. CV 08-06120 DDP (PLAx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. The Plaintiffs brought suit in District Court alleging state law claims and asserting diversity jurisdiction. The Court is not convinced that complete diversity exists between the parties. See 28 U.S.C. § 1332(a).

The Court orders the parties to file cross-briefs, not to exceed ten pages, on or before November 3, 2008, to show cause why this action should not be dismissed for failure to establish federal jurisdiction. The briefs should set forth the citizenship of all parties to this action. The parties should also deliver a

1  courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring
2  Street, Los Angeles.  If a party does not file a brief, the Court
3  will regard that party as not opposing dismissal of this matter.  A
4  hearing on this matter is scheduled for Monday, November 17, 2008
5  at 10:00 AM.
6  IT IS SO ORDERED.

9  Dated: October 23, 2008

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge

2